29433. WRIGHT v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 8, 1975.

Alfred W. Wright, Jr., *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.